# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLIE RIVERA, | : | Civil No. 1:22-CV-01976 |
| Petitioner, | : | |
| v. | : | |
| WARDEN J. SAGE, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 28th day of December, 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, is **DISMISSED**.

2. Petitioner's motion to amend or correct his petition, Doc. 14, is construed as supplemental briefing and all deadlines associated with the filing are **TERMINATED**.

3. The Clerk of Court will **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania